

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6369
cchevalier@gibbonslaw.com

February 21, 2020

**VIA ECF**

Honorable Joseph A. Dickson, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07102

    Re:    **Adapt Pharma Operations Limited et al v. Teva Pharmaceuticals USA, Inc. et al,
Civil Action No. 2:18-cv-5752-BRM-JAD**

Dear Judge Dickson:

    We, along with Williams & Connolly LLP, represent Plaintiffs Adapt Pharma Operations Limited, Adapt Pharma Inc., and Adapt Pharma Limited, and along with Green Griffith & Borg-Breen LLP, represent Plaintiff Opiant Pharmaceuticals, Inc. in the above-referenced matter.  With, Walsh Pizzi O'Relly Falanga LLP and Sterne, Kessler, Goldstein & Fox PLLP, counsel for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals Industries Ltd., we jointly submit, pursuant to the parties' proposed schedule submitted to the Court on January 2, 2020 (ECF No. 65), the attached proposed Stipulated Discovery Confidentiality Order.  If Your Honor finds this document acceptable, the parties respectfully request that Your Honor "So-Order" the Stipulated Discovery Confidentiality Order and direct its entry on the docket.

    Should the Court wish to discuss this matter further, the parties will make themselves available at the Court's convenience.  The parties thank the Court for its time and assistance in this matter.

    Respectfully,

    s/ Charles H. Chevalier
    Charles H. Chevalier

cc:    Counsel of Record (via ECF & email)